IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **LAMONTE TAYLOR ,** : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. |
| v. : | 5:07-CV-174 (CAR) |
| : | |
| **HILTON HALL, Warden,** : | |
| : | |
| Defendant. : | |
| : | |

## ORDER ON THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation [Doc.18] that the present action be dismissed with prejudice for Plaintiff's failure to prosecute. No Objection was filed, and having considered the matter, this Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation of the United States Magistrate Judge is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. This action is hereby **DISMISSED** with prejudice.

SO ORDERED, this 2nd day of February, 2009.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

jlr